```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         January 7, 2021

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY:      VPC      DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamar Jackson, | Case No.: 2:20-cv-06111-SB-RAO |
| Plaintiff, | *Hon. Stanley Blumenfeld, Jr.* |
| v. | |
| Farnham Investments LLC, a California Limited Liability Company; and Does 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed: July 9, 2020<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shamar Jackson's ("Plaintiff") action against Defendant Farnham Investments LLC ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated:  January 7, 2021

Hon. Stanley Blumenfeld, Jr.
United States District Judge
Central District of California